IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JAMES E. ANDERSON, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 320-077 |
| | ) | |
| JERMAINE WHITE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 and challenging a conviction entered in the Superior Court of Wayne County, was filed in the Southern District of Georgia. (Doc. no. 1.) However, upon its arrival in the Southern District, the case was mistakenly opened in the Dublin Division. Because Wayne County is located in the Brunswick Division, the Court **TRANSFERS** the case to the Brunswick Division as Civil Action Number _____CV 220 - 128_____. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 1636, Brunswick, Georgia 31521.

SO ORDERED this 30th day of November, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA